# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROLAND TABB, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR PROTECTION SERVICE LLC and MARIO GOGGINS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-17-1130-D<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT

Pursuant to the Clerk's entry of default and the Court's Order granting Plaintiff's Motion for Default Judgment, the Court enters judgment for Plaintiff against Defendants for statutory damages in the amount of $10,224.00 and liquidated damages in the amount of $10,224.00, for a total of $20,448.00.

**ENTERED** this 29th day of June 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE